**STATE of Missouri,
Plaintiff–Respondent,**

v.

**James E. GLOVER,
Defendant–Appellant.**

No. 54685.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 11, 1990.

Ross W. Buehler, St. Charles, Janet Murchie Thompson, Columbia, for defendant-appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

## ORDER

PER CURIAM.

Defendant appeals his convictions by a jury of two counts of arson, second degree. § 569.050, RSMo 1986.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).